| | |
|---|---|
| ROBERT GENE BAILEY,  )  <br>  Plaintiff,  )  <br>  )  <br> v.  )  <br>  )  <br>  )  <br>  )  <br> WILLIAM C. TOMAN, JR., R.M.  )  <br> ASHLEY, K.D. MACKEY,  )  <br> P.J. GRAHAM, RON SMITH,  )  <br> UNKNOWN FEMALE OFFICER,  )  <br> C.C. BLAKE, JOSEPH GARDNER,  )  <br> ROGER HALL,  )  <br>  Defendants.  )  | **JUDGMENT**  <br>  <br> No. 5:13-CV-498-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint in this matter does not contain allegations suggesting that the Plaintiff is in any such danger. Accordingly, pursuant to 28 U.S.C. § 1915(g), this action is DISMISSED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on July 11, 2013, and Copies To:**

Robert Gene Bailey (#0014848, Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

| | |
|---|---|
| DATE  <br> July 11, 2013 | JULIE A. RICHARDS, CLERK  <br> /s/ Susan K. Edwards  <br> (By) Susan K. Edwards, Deputy Clerk |